SEPTEMBER 15, 1988

No. A–45. LAUPOT v. BERLEY ET AL. Application for stay and other relief, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–106. ALEXANDER v. UNITED STATES. Application for immediate release or reinstatement of bond, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–697. IN RE DISBARMENT OF REDDAN. Disbarment entered. [For earlier order herein, see 485 U. S. 985.]

No. D–700. IN RE DISBARMENT OF CULMER. Disbarment entered. [For earlier order herein, see 485 U. S. 1002.]

No. D–721. IN RE DISBARMENT OF ROMAN. Disbarment entered. [For earlier order herein, see ante, p. 1214.]

No. D–732. IN RE DISBARMENT OF ANTON. It is ordered that Donald C. Anton, of St. Louis, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–107. PATTERSON v. MCLEAN CREDIT UNION. C. A. 4th Cir. [Certiorari granted, 484 U. S. 814.] Motion of American Bar Association for leave to file a brief as amicus curiae granted. Motion of Members of the United States Senate et al. for leave to add 27 Members of the United States House of Representatives to the amici curiae brief granted.

No. 87–201. MANSELL v. MANSELL. Ct. App. Cal., 5th App. Dist. [Probable jurisdiction noted, ante, p. 1217.] Motion of the parties to dispense with printing the joint appendix granted.

No. 87–821. PITTSTON COAL GROUP ET AL. v. SEBBEN ET AL. C. A. 8th Cir. [Certiorari granted, 484 U. S. 1058];